UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GOD'S ERA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:18-cv-11065-IT |
| | * | |
| NEW ERA CAP CO., INC., | * | |
| | * | |
| Defendant. | * | |

JUDGMENT
April 1, 2020

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [#64] granting Defendant's Motion for Summary Judgment [#47], judgment is entered in favor of New Era Cap Co., Inc. This case is CLOSED.

IT IS SO ORDERED.

Date:  April 1, 2020                              /s/ Indira Talwani
                                                   United States District Judge